| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 228062-3<br>Attorneys for Movant: First Choice Loan Services, Inc. | |
| In Re:<br><br>Stephen J. Schondel and Linda M. King-Schondel | Case No.: 19-22269-CMG<br>Chapter 7<br><br>Judge: Christine M. Gravelle |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of First Choice Loan Services, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
    Andrew M. Lubin, Esquire
    Milstead & Associates, LLC
    1 E. Stow Road
    Marlton, NJ 08053

DOCUMENTS:

☒All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒All documents and pleadings of any nature.

DATED: June 25, 2019                                            /s/Andrew M. Lubin